# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132689-90 & (8)(14)

LASALLE BANK NA,
      Plaintiff-Appellee,

v

MARY ORR,
      Defendant-Appellant.

SC: 132689-90
COA: 274042, 274583
Wayne CC: 06-622190-AV

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 15, 2006 and November 29, 2006 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

_____
Clerk

d0130